IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL LANE MORRIS,

                    Plaintiff,                              ORDER

            v.                                             09-cv-766-bbc

WISCONSIN DEPARTMENT OF
CORRECTIONS, GINA SIPPY,
REBECCA BRADTKE and
MELISSA ROBERTS,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      On February 1, 2010, I entered an order staying a decision on plaintiff's request for leave to proceed in this case because I concluded that additional information is necessary to determine whether plaintiff can bring this suit under 42 U.S.C. § 1983. Plaintiff was given until February 12, 2010 to file a supplement to his complaint providing additional information about his claim. Now, however, it has come to the court's attention that plaintiff is no longer in the custody of the Rock Valley Community Programs Halfway House. From the new address provided by Rock Valley staff it appears that plaintiff has relocated to a residential address in Roanoke, Virginia. Because it is possible plaintiff has not received a copy of the February 1 order, I will send him an additional copy of the order

1

and extend the deadline for him to submit a supplement to his complaint. In the future, plaintiff should notify the court immediately of any changes to his address.

ORDER

IT IS ORDERED that plaintiff may have an enlargement of time to March 5, 2010, in which to file a supplement to his complaint. If plaintiff fails to submit a supplement to his complaint by March 5, 2010, the clerk is directed to close this case for plaintiff's failure to prosecute it.

Entered this 24th day of February, 2010.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge