IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL LANE MORRIS,

     Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, GINA SIPPY,
REBECCA BRADTKE and
MELISSA ROBERTS,

     Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-766-bbc

---

     This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB  presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case for plaintiff's failure to prosecute it.


_____
Peter Oppeneer, Clerk of Court

    3/15/10
_____
Date